IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT ZYCHEK, | ) |
| | ) Case No. CV06-64-N-EJL |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **JUDGMENT** |
| KIMBALL INTERNATIONAL MARKETING INC., | ) |
| | ) |
| Defendant. | ) |

Based upon this Court's Memorandum Order, dated April 21, 2006, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendant and this case is **DISMISSED IN ITS ENTIRETY.**

DATED: **April 21, 2006**

~~Honora~~ble Edward J. Lodge
U. S. District Judge

**JUDGMENT -- Page 1**